IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TOMMY H. SHICK                                                                                      PLAINTIFF

v.                                          CIVIL NO. 3:15-cv-3090-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Tommy Shick, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1) On March 24, 2016, Plaintiff filed a Motion to Dismiss. (ECF No. 6) Plaintiff's counsel contends that he has been unable to contact the Plaintiff. However, after reviewing the record, counsel concedes that substantial evidence supports the Commissioner's determination that the Plaintiff is not disabled. Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 28th day of March, 2016.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE